UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| HUGO DIAZ, CHRISTOPHER NELSON, and JOSEPH SLAYTON, | 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(A) <br> 21 U.S.C. § 841(b)(1)(C) <br> 21 U.S.C. § 846 |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl)

Beginning in or about September 2023, and continuing to on or about March 23, 2024, in the Southern District of Ohio and elsewhere, the defendants, **HUGO DIAZ, CHRISTOPHER NELSON,** and **JOSEPH SLAYTON,** did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with other individuals, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(vi).**

## COUNT TWO
(Distribution of Cocaine)

On or about January 25, 2024, in the Southern District of Ohio, the defendant, **JOSEPH SLAYTON,** did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT THREE
(Possession with Intent to Distribute Fentanyl)

On or about March 12, 2024, in the Southern District of Ohio, the defendants, **CHRISTOPHER NELSON** and **JOSEPH SLAYTON,** did knowingly, intentionally and unlawfully possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi).**

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

Upon conviction of any offense set forth in Counts One through Three of this Indictment, the defendants, **HUGO DIAZ, CHRISTOPHER NELSON,** and **JOSEPH SLAYTON,** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to:

    a.    Approximately $62,147.00 in United States currency;

    b.    A Smith & Wesson MMP 40 firearm, serial number MPV 5419, including any magazines and ammunition; and

    c.    A Glock 10C firearm, serial number AHNV128, including any magazines and ammunition.

**Forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*

_____
**FOREPERSON**


**KENNETH L. PARKER**
**United States Attorney**

_____
**NICOLE PAKIZ (0096242)**
**Assistant United States Attorney**

_____
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**